JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ORLANDO GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>WELCOME EL SEGUNDO, LLC, a California Limited Liability Company,<br><br>  Defendant. | Case No.: CV 20-11442-DMG (JEMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion to Dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned action is DISMISSED WITH PREJUDICE.  Judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: November 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE